UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR CARMONA, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:16-cv-01687-AWI-MJS (PC)<br><br>**SECOND ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 3)**<br><br>**THIRTY (30) DAY DEADLINE**<br><br>**CLERK TO RESEND APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Plaintiff is a prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 7, 2016, while he was incarcerated at the Northern Nevada Correctional Center (NNCC) in Carson City, Nevada. (ECF No. 1.) On November 15, 2016, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400.00 filing fee within 45 days. (ECF No. 3.) To date, Plaintiff has not paid the filing fee, nor has he submitted an application to proceed in forma pauperis.

　　　　However, on November 30, 2016, Plaintiff submitted a Notice of Change of Address to the Southern Desert Correctional Center (SDCC) in Indian Springs, Nevada.

(ECF No. 6.) The Notice is dated November 16, 2016. (Id.) Plaintiff may have been transferred before he received the Court's order directing him to pay the fee or apply for in forma pauperis status. Accordingly, the Court will grant Plaintiff an additional thirty days to pay the filing fee or submit the attached application to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

Within thirty (30) days of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    January 7, 2017                     /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE