UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR CARMONA, et al.,<br><br>　　　　Defendants. | **1:16-cv-01687-AWI-MJS (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>**ORDER GRANTING MOTION FOR COPY OF THE COMPLAINT**<br><br>**(ECF No. 12)**<br><br>**SIXTY DAY DEADLINE**<br><br>**CLERK OF COURT TO RESEND ECF NOS. 1 & 10** |

　　　　Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 27, 2017, the Court screened Plaintiff's complaint. (ECF No. 10.) Plaintiff was directed to either file an amended complaint or a notice of willingness to proceed on his cognizable claims within thirty days. (Id.) On March 6, 2017, Plaintiff filed the instant motion for a sixty day extension of time to file an amended complaint. (ECF No. 12.) He also asks the Court to resend a copy of his original complaint.

1

Good cause appearing, those requests will be granted.

Typically, an extension of an additional thirty days would be sufficient for a Plaintiff to decide whether to amend and actually to amend if that is his choice.  This is especially true here where the court has identified the deficiencies in Plaintiff's pleading and what is needed to correct them. Inasmuch as the Court is granting the Plaintiff's request for an extended sixty day extension, it will be Plaintiff's last extension of time unless <u>some new and presently unforeseeable</u> good cause arises hereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is GRANTED;
2. Plaintiff is granted sixty days from the date of service of this order in which to file a first amended complaint; and
3. The Clerk of Court is directed to resend Plaintiff a copy of his first complaint (ECF No. 1) and the Court's first screening order (ECF No. 10).

IT IS SO ORDERED.

Dated:   March 9, 2017           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE