UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. MUNDO,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR CARMONA, et al.,<br><br>Defendants. | **Case No. 1:16-cv-01687-AWI-MJS (PC)**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>**(ECF No. 46)**<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>**(ECF No. 47)** |

Plaintiff, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 7, 2016. (ECF No. 1.) The case proceeds on Plaintiff's first amended complaint against Defendants Alba, Archuleta, Bonffil, and Carmona. (ECF No. 16.)

**I.     Motion for Extension of Time**

On January 26, 2018, the Court issued findings and recommendations to grant in part and deny in part Defendants' motion for summary judgment. (ECF No. 43.) The parties were given fourteen days to file objections. (Id.) On February 9, 2018, Plaintiff requested an additional 30 days to respond to the recommendations because he did not receive them until three days before the deadline. (ECF No. 46.) Given the delay in

service and considering Plaintiff's pro se status, this motion will be granted.

## II. Motion to Appoint Counsel for Evidentiary Hearing

The Court has recommended an evidentiary hearing be held on the issue of whether Plaintiff exhausted his administrative remedies before filing this suit. No such hearing has yet been ordered. Plaintiff nevertheless moves to have counsel appointed for the hearing. (ECF No. 47.) This motion will be denied, without prejudice, as premature.

## III. Conclusion

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time is GRANTED. Plaintiff shall file objections to the findings and recommendations within 30 days of the date of this Order.

IT IS HEREBY FURTHER ORDERED that Plaintiff's motion to appoint counsel is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: February 13, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE